UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20821-CR-SEITZ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSE LORENZO,

   Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 59] of the Honorable Andrea M. Simonton recommending that the Defendant Jose Lorenzo's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Simonton's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Simonton is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Lorenzo's plea of guilty is accepted, and Defendant Lorenzo is adjudicated guilty as to Counts 37, 38 and 39 of the Indictment.

DONE AND ORDERED in Miami, Florida this 29th day of June, 2011.

              PATRICIA A. SEITZ
              UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge Andrea M. Simonton